B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **Restaurant Development Association, Inc.**  Case No.
Debtor(s)  Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cheney Brothers<br>2801 W. Silver Springs Blvd<br>Ocala, FL 34475 | Cheney Brothers<br>2801 W. Silver Springs Blvd<br>Ocala, FL 34475 | | | 74,531.56 |
| Sam's State Road 56, LLC<br>c/o Ian Black Real Estate<br>1075 Central Avenue<br>Sarasota, FL 34236 | Sam's State Road 56, LLC<br>c/o Ian Black Real Estate<br>1075 Central Avenue<br>Sarasota, FL 34236 | | | 25,000.00 |
| American Foods<br>8402 Lemon Road<br>Port Richey, FL 34668 | American Foods<br>8402 Lemon Road<br>Port Richey, FL 34668 | | | 19,445.78 |
| O'Connor & Associates<br>1250 S. Belcher Road<br>Sutie 160<br>Largo, FL 33771 | O'Connor & Associates<br>1250 S. Belcher Road<br>Sutie 160<br>Largo, FL 33771 | | | 12,779.21 |
| DT Airconditioning and Heating/John Davi<br>18412 Sterling Silver Circle<br>Lutz, FL 33549 | DT Airconditioning and Heating/John Davi<br>18412 Sterling Silver Circle<br>Lutz, FL 33549 | | | 5,043.00 |
| Centry-Summertree LLC | Centry-Summertree LLC | | | 4,692.88 |
| Auto Owners Insuranc<br>P O Box 30315<br>Lansing, MI 48909 | Auto Owners Insuranc<br>P O Box 30315<br>Lansing, MI 48909 | | | 2,221.50 |
| Verizon<br>P O Box 33078<br>St. Petersburg, FL 33733 | Verizon<br>P O Box 33078<br>St. Petersburg, FL 33733 | | | 1,602.06 |
| Your Sip<br>402 Tampa Road<br>Palm Harbor, FL 34683 | Your Sip<br>402 Tampa Road<br>Palm Harbor, FL 34683 | | | 1,600.00 |
| Cintas<br>P O Box 630910<br>Cincinnati, OH 45263 | Cintas<br>P O Box 630910<br>Cincinnati, OH 45263 | | | 1,361.80 |
| Beltram<br>6800 N. Florida Avenue<br>Tampa, FL 33604 | Beltram<br>6800 N. Florida Avenue<br>Tampa, FL 33604 | | | 821.29 |

B4 (Official Form 4) (12/07) - Cont.

In re  Restaurant Development Association, Inc.  Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Best Buy - HSBC Retail Services<br>P O Box 15521<br>Wilmington, DE 19850 | Best Buy - HSBC Retail Services<br>P O Box 15521<br>Wilmington, DE 19850 | | | 776.55 |
| Radiant Systems<br>P O Box 198755<br>Atlanta, GA 30384 | Radiant Systems<br>P O Box 198755<br>Atlanta, GA 30384 | | | 420.00 |
| Bright House Networks<br>700 Carillon Pkwy<br>St. Petersburg, FL 33716 | Bright House Networks<br>700 Carillon Pkwy<br>St. Petersburg, FL 33716 | | | 285.10 |
| State Fire Protection<br>P O Box 5354<br>Largo, FL 33779 | State Fire Protection<br>P O Box 5354<br>Largo, FL 33779 | | | 277.98 |
| Staples - Credit Plan<br>P O Box 689020<br>Des Moines, IA 50368 | Staples - Credit Plan<br>P O Box 689020<br>Des Moines, IA 50368 | | | 175.98 |
| NuCO2<br>P O Box 9011<br>Stuart, FL 34995 | NuCO2<br>P O Box 9011<br>Stuart, FL 34995 | | | 160.50 |
| FCS Inc<br>3813 126th Ave N<br>Suite 13<br>Clearwater, FL 33762 | FCS Inc<br>3813 126th Ave N<br>Suite 13<br>Clearwater, FL 33762 | | | 150.00 |
| City of Dade City<br>38020 Meridian Ave<br>PO Box 1355<br>Dade City, FL 33526 | City of Dade City<br>38020 Meridian Ave<br>PO Box 1355<br>Dade City, FL 33526 | | | 136.46 |
| Carrco<br>13191 56th Court North<br>Suite 102<br>Clearwater, FL 33760 | Carrco<br>13191 56th Court North<br>Suite 102<br>Clearwater, FL 33760 | | | 117.38 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 29, 2011      Signature  _____
                                     Frank Marinelli
                                     President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.